**Order entered September 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00011-CV**

**SNIDER PLAZA ALLIANCE, Appellant**

**V.**

**THE CITY OF UNIVERSITY PARK, PATRICK BAUGH, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF COMMUNITY DEVELOPMENT, AND JAMES E. STRODE, Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-14812**

**ORDER**

Before the Court is appellees' September 8, 2022 second motion for extension of time to file their brief. We **GRANT** the motion to the extent we **SUSPEND** the deadline for the filing of the brief pending disposition of appellees' September 6, 2022 motion to dismiss the appeal.

/s/    KEN MOLBERG
       JUSTICE